UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| KELTON JONATHON SORENSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, STATE OF NEVADA, and CLARK COUNTY, NEVADA,<br><br>Defendants. | **REPORT AND RECOMMENDATION TO PLACE KELTON SORENSON ON RESTRICTED FILER LIST**<br><br>Case No. 2:20-cv-00335-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

On January 20, 2021, the court issued an Order to Show Cause to pro se Plaintiff Kelton Jonathon Sorenson, ordering him to show cause why the United States District Court for the District of Utah should not restrict his filings in this court. (Doc. No. 230.) As set forth in that order, Mr. Sorenson, proceeding pro se and *in forma pauperis*, filed seven duplicative cases in this district which the court found frivolous or failed to state plausible claims for relief,[1] as well as more than 200 motions and other documents in this action alone. (*Id.*) Mr. Sorenson filed a response on January 28, 2021, which did not address the substance of the Order to Show Cause nor why he should be not placed on restricted filer status. (Doc. No. 232.) Mr. Sorenson also filed an "attachment" to his response on January 29, 2021, which likewise failed to address the substance of the Order to Show Cause. In addition to these filings, Mr. Sorenson sent more than

---

[1] At the time the Order to Show Cause was issued, reports and recommendations were pending in three of these cases, recommending dismissal. The district judge has since issued orders in these cases, adopting the reports and recommendations and dismissing Mr. Sorenson's complaints with prejudice. (Case No. 2:20-cv-00335-DAK-DAO (Doc. No. 234); Case No. 4:20-cv-00079-DAK-DAO (Doc. No. 5), and Case No. 4:20-cv-00083-DAK-DAO (Doc. No. 4).)

sixty emails to the court between January 23 and 26, 2021. (*See* Order Regarding Email Filing, Doc. No. 231.)

As this history demonstrates, Mr. Sorenson has been "given the privilege of proceeding in forma pauperis in many cases, but he abused that privilege." *Werner v. State of Utah*, 32 F.3d 1446, 1447 (10th Cir. 1994). "When a litigant abuses these privileges, filing restrictions are appropriate." *Id.*

Accordingly, for the reasons set forth in detail in the Order to Show Cause, the undersigned RECOMMENDS the district judge issue an order placing restrictions on Mr. Sorenson's filings in this district as follows:

(1) requiring Mr. Sorenson to file a petition with the Clerk of Court requesting leave to file a pro se action;

(2) requiring the petition to include a list of all of Mr. Sorenson's current or previously filed lawsuits;

(3) requiring the petition to include a notarized affidavit from Mr. Sorenson reciting the issues he seeks to present and including a short discussion of the legal basis asserted for the claims;

(4) mandating the affidavit include an assertion that, to the best of Mr. Sorenson's knowledge, the legal arguments raised are not frivolous or brought in bad faith;

(5) requesting the Clerk of Court to send the referenced materials to a magistrate judge for review to determine whether the complaint is meritorious, duplicative, or frivolous;

(6) asking the magistrate judge to determine if the complaint is without merit, duplicative, or frivolous;

(7) requiring the magistrate judge to forward the complaint to the Chief District Court Judge for further review; and

(8) concluding that only with the review and consent of the Chief District Court Judge, the complaint may be filed.

The court will send copies of this Report and Recommendation to Mr. Sorenson, who the court notifies of his right to object to the same. *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b). Mr. Sorenson must file any objection to this Report and Recommendation within fourteen (14) days of service thereof. *Id.* Failure to object may constitute waiver of objections upon subsequent review.

DATED this 4th day of February, 2021.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge